

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  |  |  |
|---|---|---|
| KENNETH H. ARCHIBALD AND ARCHIBALD & ASSOCIATES, INC., | § | No. 08-22-00091-CV |
|  | § | Appeal from the |
| Appellants, | § | 327th District Court |
| v. | § | of El Paso County, Texas |
| EL PASO ORTHOPEDIC SURGERY GROUP, P.A., BRETT HENDERSON, M.D. AND THE MEDICAL PROTECTIVE COMPANY, | § | (TC# 2015-DCV2669) |
|  | § |  |
|  | § |  |
| Appellees. | § |  |

**O R D E R**

On our own motion, and pursuant to TEX.R.APP.P. 39.1, the Court finds that oral argument in the above styled and numbered cause would not materially aid in the disposition of this cause. Accordingly, the Court vacates the oral argument setting of February 23, 2023, at 11:00 a.m., and this cause will be submitted **without** oral argument on that same date.

IT IS SO ORDERED this 1st day of February, 2023.

PER CURIAM

Before Rodriguez, C.J., Soto, J. and Ferguson, Judge
Ferguson, Judge, sitting by assignment